UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONTAINER NATVIGATION CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>NEW HOLLAND TIRE, Inc., a Pennsylvania Corporation, et al.,<br><br>   Defendants. | Case No:  C 10-2105  SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 29 |

The hearing on Plaintiff's Motion for Judgment on the Pleadings scheduled for May 10, 2011 at 1:00 p.m. is CONTINUED to September 27, 2011 at 1:00 p.m.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

   IT IS SO ORDERED.

Dated: April 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge